UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ROMEO, individually, and CLIFFORD KIDD, individually, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT U.S.A., INC, a Delaware Corporation, dba HOME DEPOST U.S.A., INC. and EXPO DESIGN CENTER; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 06 CV 1505 IEG (WMc)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On December 19, 2006, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff were James Patterson, Esq. and Gene Stonebarger, Esq. Appearing for Defendant were Shon Morgan, Esq. and Karen Polyakov, Esq..

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

    1.    The Rule 26(f) conference shall be completed **before *January 19, 2007***;

    2.    A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. **on or before *January 29, 2007.*** Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of

1  the subject matter of his/her testimony.  The discovery plan will also include the
2  anticipated dates for the completion of both non-expert discovery and expert
3  discovery; and,
4     3.  The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before
5  *February 2, 2007*;
6     4.  Counsel and parties with full settlement authority are ordered to appear *on **February**
7  ***9, 2007*** at ***11:00 a.m.*** in the chambers of United States Magistrate Judge William
8  McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101,  for a
9  Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).
10  **Full authority to settle means that the individual present at the settlement**
11  **conference has the unfettered discretion and authority to: 1) fully explore**
12  **settlement options and to agree at that time to any settlement options; 2) agree**
13  **at that time to any settlement terms acceptable to the parties; 3) change the**
14  **settlement position of a party; and 4) negotiate monetary awards without being**
15  **restricted to a specific sum certain**.
16  Failure of any counsel or party to comply with this Order will result in the imposition of
17  sanctions.
18  **IT IS SO ORDERED.**
19
20  Dated: December 19, 2006
21
22                                      Hon. William McCurine, Jr.
                                    U.S. Magistrate Judge
23                                      United States District Court
24
   COPY TO:
25
   HONORABLE IRMA E. GONZALEZ,U.S. DISTRICT JUDGE
26    ALL PARTIES AND COUNSEL OF RECORD
27
28