# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Joe Romero; Clifford Kidd

V.

The Home Depot U.S.A., Inc. dba Home Depot
U.S.A. Inc.; Expo Design Center; Does 1 through 50;
United States of America

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 06cv1505-IEG(WMC)

FILED
OCT 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **GRANTS** Defendant's motion for summary judgment on the ground that Cal.Civ.Code 1747.1.08(a)(3) does not apply to refund transactions. Court **DENIES AS MOOT** Plaintiff's motion for class certification and vacates the October 22, 2007 hearing on that motion. Case is terminated.........

| October 17, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

J. Haslam
(By) Deputy Clerk

ENTERED ON October 17, 2007

06cv1505-IEG(WMC)